NUMBER 13-08-00374-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ILP, L.L.C., ERNESTO GONZALEZ, AND 

MARIA DEL ROSARIO GONZALEZ, Appellants,


v.



HARBOR CAPITAL, L.L.C., Appellee.

 

_____________________________________________________________


On Appeal from the 389th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellants, ILP, L.L.C., Ernesto Gonzalez, and Maria Del Rosario Gonzalez,
perfected an appeal from a judgment entered by the 389th District Court of Hidalgo
County, Texas, in cause number C-003-08-H, in favor of appellee, Harbor Capital, L.L.C. 
Appellants and appellee have filed a joint motion to dismiss the appeal on grounds that the
trial court dissolved the temporary injunction that was the basis of this appeal, thereby
making the issues in this appeal moot. Appellants and appellee request that this Court
dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this 29th day of July, 2008.